UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAKA VALENTINE, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:13-CV-2865 |
| HOUSTONIAN CAMPUS, LLC d/b/a THE HOUSTONIAN HOTEL, CLUB & SPA, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On this date came on to be reviewed the Joint Stipulation of Dismissal with Prejudice in the above-captioned cause, and the Court being of the opinion that such stipulation of dismissal with prejudice is properly presented. Accordingly, it is therefore,

ORDERED, ADJUDGED and DECREED that this lawsuit is hereby DISMISSED with prejudice, each party to bear her or its own costs of court.

SIGNED on this 25th day of July, 2014.

_____
Kenneth M. Hoyt
United States District Judge